Criminal Std  (6/13/2012)

HONORABLE: H. B. FITZSIMMONS

DEPUTY CLERK Jaiman          RPTR/ECRO/TAPE FTR

USPO  J Zanpano          INTERPRETER _____

TOTAL TIME: _____ hours _8_ minutes

DATE: Jan 13, 2014   START TIME: 10.49   END TIME: 10:57

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR
- [ ] IA- RULE 5
- [ ] ARRAIGNMENT
- [ ] CONFLICT HRG

- [ ] BOND HRG
- [ ] DETENTION HRG
- [ ] PROBABLE CAUSE
- [ ] EVIDENTIARY HRG

- [ ] CHANGE OF PLEA
- [ ] WAIVER/PLEA HRG
- [ ] EXTRADITION HRG
- [ ] STATUS CONF

- [ ] IN CAMERA HRG
- [ ] COMPETENCY HRG
- [ ] FORFEITURE
- [x] MOTION HRG

CRIMINAL NO. 3:14MJ 4 HBF    DEFT # _____

KRISHNA PATEL
AUSA

UNITED STATES OF AMERICA
vs
MICHAEL SIMPSON

DEIRDRE MURRAY
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

- [ ] .......Deft failed to appear. Oral Motion for issuance of Warrant [ ]granted [ ]denied [ ] Bond FORFEITED
- [ ] ......[ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [x] ...... CJA 23 Financial Affidavit filed [x] under seal
- [x] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney_____ to represent defendant for [ ] this proceeding only [ ]all proceedings
- [ ] ...... Appearance of _____ filed
- [x] ......[ ] Complaint filed [x] Sealed Complaint filed [x] Affidavit of _J. Berry_ filed
- [ ] ......[ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ......[ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ......[ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ]under seal [ ]to be e-filed
- [ ] ......Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s)_____ of the _____
- [ ] ...... Petition to Enter Guilty Plea filed                    (indict, superseding indict, info)
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] .......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for _____ at _____  [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $_____ on count(s)_____. Total $_____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Govt's ORAL Motion for Pretrial Detention [x] GRANTED [ ] DENIED [ ] ADVISEMENT  w/o Prej
- [x] ...... Order of Detention filed
- [x] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] ...... Defendant detained
- [x] ...... PC Hearing [ ] waived [x] set for 4/25/14 @ 2PM  [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [ ] conditions of bond [x] additional proceedings

Deft Ext PC Hearing until 4/25/14 - Granted
On the Record in open Court.

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☒ ...... Deft's oral motion *to Ext PC until 9/25/2014*          ☒ granted ☐ denied ☐ advisement
☐ ......Deft's oral motion _____          ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____          ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____          ☐ granted ☐ denied ☐ advisement
☒ ..... Govt's oral motion *Case to Remain Sealed*          ☒ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... # ____ Deft _____ Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... # ____ Deft _____ Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... # ____ Govt Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... # ____ Govt Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ...... _____          ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____          ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____          ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____          ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____          ☐ filed ☐ granted ☐ denied ☐ advisement