UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:14mj4(HBF) |
| | : | |
| -v- | : | |
| | : | December 9, 2014 |
| MICHAEL SIMPSON | : | |

## MOTION OF THE UNITED STATES

The United States of America, moving by and through its undersigned counsel, respectfully submits this application for an Order to permit the unsealing of the above-captioned criminal case, except for the affidavit in support of the criminal complaint, which the government requests remain sealed. In support of this application, the United States asserts:

1. On January 13, 2014, the defendant was presented before Judge Fitzsimmons on a criminal complaint, alleging a violation of Title 18, United States Code, Section 371 (Conspiracy to Transport Stolen Property).

## THE GOVERNMENT'S REQUEST

2. The United States requests that the Court unseal the above-captioned case, with the exception of the affidavit in support of the criminal complaint.

3. Attached hereto, please find a draft order granting the Government's motion.

4. I declare under penalty of perjury that the foregoing is true and correct.

          Respectfully submitted,

          DEIRDRE M. DALY
          UNITED STATES ATTORNEY


          /s/
          VANESSA RICHARDS
          ASSISTANT UNITED STATES ATTORNEY
          Federal Bar No. phv05095
          United States Attorney's Office
          1000 LaFayette Blvd., 10th Floor
          Bridgeport, Connecticut 06604
          (203) 696-3000
          Vanessa.Richards@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:14mj4(HBF) |
| | : | |
| -v- | : | |
| | : | December 9, 2014 |
| MICHAEL SIMPSON | : | |

**ORDER**

The United States has submitted an application, requesting that the Court issue an Order unsealing the above-captioned case with the exception of the affidavit in support of the criminal complaint.

The Court finds that the United States has offered a sufficient basis for permitting this unsealing.

IT IS THEREFORE ORDERED that the above-captioned case is unsealed but that the affidavit in support of the criminal complaint will remain sealed.

SO ORDERED this _____ day of December, 2014, at Bridgeport, Connecticut.

_____
THE HONORABLE HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2014, a copy of the foregoing was filed by email and served on defense counsel Deirdre Murray by email at Deirdre_Murray@fd.org.


                                                                                               /s/
                                        VANESSA RICHARDS
                                        ASSISTANT UNITED STATES ATTORNEY