UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:14CR236 (JAM) |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 371 |
| MICHAEL SIMPSON | : | (Conspiracy to Transport Stolen Property) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to Transport Stolen Property)

The Defendant

1.  At all times relevant to this Information, the defendant MICHAEL SIMPSON was a member of a group that referred to themselves as the Jedi Knights. The Jedi Knights committed burglaries at private residences for the purpose of stealing property.

The Conspiracy

Objective of the Conspiracy

2.  From in or about February 2012 until in or about November 2013 in the District of Connecticut and elsewhere, the defendant MICHAEL SIMPSON knowingly and willfully conspired with other persons to unlawfully transport and cause to be transported in interstate commerce from the State of Connecticut to the State of New York and elsewhere, stolen goods, wares and merchandise, that is, jewelry, of the value of $5,000 or more, knowing the same to have been stolen from a private residence in Litchfield County, Connecticut, contrary to 18 U.S.C. § 2314.

## Overt Acts

3.      In furtherance of the conspiracy, and to effect the objective thereof, the defendant and other co-conspirators committed the following overt acts, among others:

   a)   On or about February 21, 2012, the defendant and another member of the Jedi Knights travelled from New York to Connecticut for the purpose of committing burglaries;

   b)   On or about February 21, 2012, the defendant and another member of the Jedi Knights burglarized a private residence in Litchfield County, Connecticut, and stole jewelry valued at more than $1.5 million from the residence;

   c)   On or about February 21, 2012, the defendant and another member of the Jedi Knights transported the stolen property from Connecticut to New York; and

   d)   From in or about February 2012 until in or about November 2013, the defendant, a person known to the U.S. Attorney's Office and referred to herein as M.D., and others members of the Jedi Knights fraudulently sold the jewelry from the February 21, 2012, Connecticut burglary in various states throughout the United States.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY

_____
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY