UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:14CR236(JAM) |
| v. | : | |
| MICHAEL SIMPSON | : | **WAIVER OF INDICTMENT** |

I, Michael Simpson, the above named defendant, who is accused of one count of Conspiracy to Transport Stolen Property, in violation of 18 U.S.C. Section 371, being advised of the nature of the charges, and of my rights, hereby waive in open court on December 4, 2014 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*
MICHAEL SIMPSON

_____
*Counsel for Defendant*
DEIRDRE MURRAY

/s/ The Honorable Jeffrey A. Meyer

Before _____
The Honorable Jeffrey A. Meyer
United States District Judge