Criminal Std (6/13/2012)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK Y. Gutierrez                    RPTR/ECRO/TAPE Diana Huntington
USPO _____                  INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes
DATE: Dec 4, 2014    START TIME: 2:35    END TIME: 3:53

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR    ☐ BOND HRG        ☐ CHANGE OF PLEA      ☐ IN CAMERA HRG
☐ IA- RULE 5           ☐ DETENTION HRG   ☒ WAIVER/PLEA HRG     ☐ COMPETENCY HRG
☐ ARRAIGNMENT          ☐ PROBABLE CAUSE  ☐ EXTRADITION HRG     ☐ FORFEITURE
☐ CONFLICT HRG         ☐ EVIDENTIARY HRG ☐ STATUS CONF         ☐ MOTION HRG

CRIMINAL NO. 3:14cr236(JAM)    DEFT # ____

Vanessa Richards
AUSA

UNITED STATES OF AMERICA
vs
Michael Simpson

Deirdre Murray
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ....... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
☐ ....... Order Appointing Federal Public Defender's Office filed
☐ ....... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ....... Appearance of _____ filed
☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☒ ....... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☒ ....... ☐ Waiver of Indictment (case opening) filed ☒ Felony Information filed
☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ....... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☒ ....... Plea of ☐ not guilty ☒ guilty ☐ nolo contendere to count(s) One of the Information
                                                                      (indict, superseding indict, info)
☐ ....... Petition to Enter Guilty Plea filed
☐ ....... Defendant motions due _____ ; Government responses due _____
☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ....... Jury Selection set for _____ at _____
☐ ....... Remaining Count(s) to be dismissed at sentencing
☒ ....... Sentencing set for 03-03-2015 at 3:00 PM   ☒ Probation 246B Order for PSI & Report
☐ ....... Special Assessment of $_____ on count(s)_____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Order of Detention filed
☐ ....... Deft ordered removed/committed to originating /another District of _____
☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ....... Waiver of Rule 5 Hearing filed
☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ....... Defendant detained
☐ ....... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ....... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ...... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ...... Deft must reside at _____

☐ ...... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ...... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ...... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ...... Deft must maintain employment or actively seek employment.

☐ ...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ...... as set forth in the Order Setting Conditions of Release

☐ ...... _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ...... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... # ___ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... # ___ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ...... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ...... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ...... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ...... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ...... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |