UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

                      vs.          :          CRIMINAL NO. 3:14CR236 (JAM)

MICHAEL SIMPSON          :          October 22, 2016

**SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

The Defendant, Michael Simpson, respectfully submits this supplement to his Memorandum in Aid of Sentencing filed on October 19, 2016. Attached to this supplemental memorandum as Exhibit H, are six photographs of Michael Simpson's landscaping from his time at Samaritan Village.

Respectfully submitted,

THE DEFENDANT,
MICHAEL SIMPSON

Dated: October 22, 2016          /s/  Tracy Hayes
                                           Tracy Hayes
                                           Assistant Federal Defender
                                           265 Church Street, Suite 702
                                           New Haven, CT  06510
                                           (203) 498-4200
                                           Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2016, a copy of the foregoing Supplemental Memorandum in Aid of Sentencing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ Tracy Hayes
Tracy Hayes



# EXHIBIT H











