UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:14CR236 (JAM) |
| MICHAEL SIMPSON | : | October 31, 2016 |

**SECOND SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

The Defendant, Michael Simpson, respectfully submits this supplement to his Memorandum in Aid of Sentencing filed on October 19, 2016. Attached to this supplemental memorandum as Exhibit I, is a letter from Karen Ames, Mr. Simpson's treatment counselor.

Respectfully submitted,

THE DEFENDANT,
MICHAEL SIMPSON

Dated: October 31, 2016           /s/  Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
(203) 498-4200
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2016, a copy of the foregoing Supplemental Memorandum in Aid of Sentencing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes