

EXHIBIT I



# ST. CHRISTOPHER'S INN
SINCE 1909
Residential Shelter & Substance Abuse Treatment Center

Box 150, Graymoor
21 Franciscan Way
Garrison, NY 10524
Phone 845-335-1000
Fax 845-335-1017
Admissions 845-335-1024

October 27, 2016

Federal Public Defender
District of Connecticut
265 Church St, Suite 702
New Haven, CT 06510-7005
Telephone: (203) 498-4200

                      RE: Michael Simpson
                      DOB ▮

ATTN: Tracy Hayes, Esq:

This letter is to advise you that Mr. Michael Simpson was admitted to treatment at St. Christopher's Inn Shelter on 10/5/16. After an in-depth psychosocial assessment, he voluntarily entered the Day Rehabilitation Program on 10/11/16. The Day rehabilitation Program is an intensive 90 day Chemical Dependency Treatment program. The treatment program consists of weekly individual therapy, relapse prevention groups, daily group therapy, as well as didactic lectures each day. Clients of SCI are also expected to participate in recreational groups and daily Alcoholic Anonymous or Narcotic Anonymous meetings.

Mr. Simpson has been participating fully in this program and he seems internally motivated for change. He continues to make steady progress in all treatment areas. He is currently working on development of his treatment plan which includes relapse prevention. He has a tentative discharge date of 1/9/17. Mr. Simpson has agreed to follow treatment recommendations while at St. Christopher's Inn and to follow through with any recommendations for aftercare including a referral for sober housing if necessary, chemical dependency treatment, mental health treatment and AA/NA after completion of this program.

If you would like to discuss this further please feel free to call me at (845) 335-1133. Thank you.

Sincerely,

*[signature]*

Karen Ames LMSW, CASAC
Case Manager/Social Worker
kames@atonementfriars.org
845-335-1133

A Ministry of the Franciscan Friars of the Atonement-Graymoor
www.stchristophersinn-graymoor.org