**DOCKET NO: 3:14-CR-00236(JAM)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ORANGE COUNTY CORRECTIONAL FACILILTY, 110 WELLS FARM ROAD GOSHEN, NEW YORK, AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S::

You are hereby commanded to turn over to the United States Marshal, the body of **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal and/or his proper deputies bring said**, MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014**, before the Honorable Jeffrey A. Meyer, United States District Judge, United States District Court for the District of Connecticut, 147 Church Street, New Haven, Connecticut, on Thursday, August 24, 2017 at 2:00 p.m., and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** for a violation of 18 U.S.C. § 3583(e), Violation of Supervised Release.   Immediately after said prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** to the Warden of the Orange County Correctional Facility, 110 Wells Farm Road, Goshen, New York, under safe and secure conduct.

ROBIN D. TABORA
CLERK, U.S. DISTRICT COURT

_/s/ Tasha Olver_
DEPUTY CLERK

The foregoing Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this 23 day of August , 2017.

/s/ William I. Garfinkel, USMJ
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By _/s/ Tasha Olver_
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:14-CR-00236(JAM) |
| V. | : | |
| MICHAEL SIMPSON | : | AUGUST 23, 2017 |

## APPLICATION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Vanessa Richards, Assistant United States Attorney, and respectfully informs this Honorable Court:

On Thursday August 24, 2017 at 2:00 p.m., there will come before the Honorable Jeffrey A. Meyer, Untied States District Judge, United States District Court for the District of Connecticut, 147 Church Street, New Haven, Connecticut, the criminal case of United States v. Michael Simpson, Criminal Number 3:14-cr-00236(JAM).

That the above named defendant, **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** is charged with a violation of 18 U.S.C. § 3584(e), Violation of Supervised Release.

That the said **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** is now confined at the Orange County Correctional Facility, 110 Wells Farm Road, Goshen, New York.

That the said **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** should be presented before said District Court of the United States, District

of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Orange County Correctional Facility and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **MICHAEL SIMPSON, INMATE NUMBER 2017-02807, USMS #22320-014,** at the United States Courthouse, 147 Church Street, New Haven, Connecticut, on Thursday August 24, 2017 at 2:00 p.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                UNITED STATES OF AMERICA

                DEIRDRE M. DALY
                UNITED STATES ATTORNEY

                VANESSA RICHARDS
                ASSISTANT UNITED STATES ATTORNEY
                United States Attorney's Office
                1000 Lafayette Boulevard 10th Floor
                Bridgeport, Connecticut, 06604
                (203) 696-3000
                Federal Bar Number: phv05095