3:14 cr 236 (JAM)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

FILED
2018 JUN 28 P 2:11
U.S. DISTRICT COURT
NEW HAVEN, CT.

DATE: 6/19/18

CLERK,
UNITED STATES DISTRICT COURT

RE: USA -V- Simpson
SDNY MAG. DOCKET # 18 MAG 5185

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(X)   1.   DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

( )   2.   DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

( )   3.   PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( )   4.   COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

RUBY KRAJICK
CLERK OF COURT

BY _____
   DEPUTY CLERK

CLOSED

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:18-mj-05185-UA-3

| | |
|---|---|
| Case title: USA v. Simpson | Date Filed: 06/15/2018 |
| | Date Terminated: 06/15/2018 |

Assigned to: Judge Unassigned

**Defendant (3)**

| | | |
|---|---|---|
| **Michael Simpson**<br>*TERMINATED: 06/15/2018* | represented by | **Sabrina P. Shroff**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>(212) 417-8713<br>Fax: (212) 571-0392<br>Email: sabrina_shroff@fd.org<br>*LEAD ATTORNEY*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| SUPERVISED RELEASE VIOLATION PETITION | |

Plaintiff
USA                                                represented by **Juliana Newcomb Murray**
US Department of Justice, Crim
Division, SDNY
1 St. Andrew's Plaza
New York, NY 10007
212-637-2200
Email: juliana.murray@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2018 |   | Arrest (Rule 5(c)(3)) of Michael Simpson RE: Supervised Release Violation Petition. (ft) (Entered: 06/19/2018) |
| 06/15/2018 | 1 | RULE 5(c)(3) AFFIDAVIT of Jamal Brown, from the United States District Court - District of Connecticut, as to Michael Simpson. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein on 6/15/2018) (ft) (Entered: 06/19/2018) |
| 06/15/2018 | 2 | CJA 23 Financial Affidavit by Michael Simpson. CJA Attorney Sabrina Shroff. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein) (ft) (Entered: 06/19/2018) |
| 06/15/2018 | 3 | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Simpson held on 6/15/2018. Defendant Michael Simpson present with Attorney Sabrina Shroff, AUSA Julie Murray present for the Government. Defendant detained on consent without prejudice. Identity hearing waived. Defendant to be removed. Control date for removal 6/29/2018. (ft) (Entered: 06/19/2018) |
| 06/15/2018 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Michael Simpson. Defendant committed to the United States District Court - District of Connecticut. (Signed by Magistrate Judge Gabriel W. Gorenstein on 6/15/2018)(ft) (Entered: 06/19/2018) |
| 06/15/2018 |   | RULE 5(c)(3) DOCUMENTS SENT as to Michael Simpson from the U.S.D.C. Southern District of New York to the United States District Court - District of Connecticut. Sent original file along with documents numbered 1-4, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 701630100000242937338 on 6/19/2018. (ft) (Entered: 06/19/2018) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/28/2018 14:44:45 |
| DZ2054:4257515:0 | Client Code: |

| PACER Login: | | | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:18-mj-05185-UA |
| Billable Pages: | 1 | Cost: | 0.10 |

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 18 Mag. 5185 |
| Michael Simpson ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 3:14-cr-00236 (JAM) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Connecticut ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 06/15/2018

*Judge's signature*

Magistrate Judge Gabriel W. Gorenstein
*Printed name and title*

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

Approved: _/s/ Juliana M_____
             JULIANA N. MURRAY
             Assistant United States Attorney

Before:  THE HONORABLE GABRIEL W. GORENSTEIN
         United States Chief Magistrate Judge
         Southern District of New York

------------------------------- x

UNITED STATES OF AMERICA

     - v. -

MICHAEL SIMPSON,

           Defendant.

------------------------------- x

18 MAG 5185

18 Mag.

RULE 5(c)(3)
AFFIDAVIT

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
      Deputy Clerk

SOUTHERN DISTRICT OF NEW YORK, ss:

     JAMAL BROWN, being duly sworn, deposes and says that he is a Deputy with the United States Marshals Service ("USMS"), and charges as follows:

     On or about June 16, 2017, the United States District Court for the District of Connecticut issued a warrant for the arrest of "Michael Simpson" under case number 0205 3:14cr00236-001, as a result of Simpson's violation of supervised release, in violation of Title 18, United States Code, Section 3583. A copy of the arrest warrant, August 24, 2017 Minute Entry, USMS subject report, and USM-129 Individual Custody/Detention Report are attached hereto and incorporated by reference herein.

     I believe that MICHAEL SIMPSON, the defendant, who was transferred into the custody of the United States Marshals in the Southern District of New York on June 15, 2018, is the same individual as "Michael Simpson," who is wanted in the District of Connecticut.

2

The bases of my knowledge and for the foregoing charge are, in part, as follows:

1.  I am a Deputy United States Marshal. I have been involved in determining whether MICHAEL SIMPSON, the defendant, is the same individual as the "Michael Simpson" named in the June 16, 2017 warrant from the United States District Court for the District of Connecticut. Because this Affidavit is submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.  Based on my involvement in this investigation, I have learned that:

    a.  On or about June 16, 2017, the United States District Court for the District of Connecticut issued a warrant (the "Warrant") for the arrest of "Michael Simpson."

    b.  The Warrant was issued due to Michael Simpson's arrest by the Warwick Police Department for pawning jewelry belonging to two burglary victims, in violation of the terms of his supervised release in United States District Court for the District of Connecticut Case No. 14 Cr. 236.

3.  Based on my involvement in this investigation, I have learned that:

    a.  MICHAEL SIMPSON, the defendant, was presented on the Warrant before the Honorable Jeffrey Alker Meyer in United States District Court for the District of Connecticut on August 24, 2017, and was ordered detained. Judge Meyer continued the violation of supervised release hearing pending SIMPSON's completion of a period of incarceration in a New York state correctional facility for a New York state conviction.

    b.  Since on or about August 24, 2017, SIMPSON has been housed at the Orange County Correctional Facility in Goshen, New York, for his term of New York state incarceration.

4.  On June 15, 2018, the USMS was notified that MICHAEL SIMPSON, the defendant, was going to be released from

3

the Orange County Correctional Facility.  The USMS had a detainer on SIMPSON, based on the Warrant for SIMPSON's violation of supervised release.  Based on my participation in this matter and my discussions with other Deputy U.S. Marshals, I have learned that, at approximately 1:00 p.m. on June 15, 2018, the USMS transferred SIMPSON from Orange County Correctional Facility to 500 Pearl Street, pursuant to the Warrant.  Upon SIMPSON's transfer to the USMS on June 15, 2018, the USMS conducted a pedigree check of SIMPSON's photograph, date of birth, and name.  The Deputy U.S. Marshals involved compared the arrest photograph they maintained in "Michael Simpson's" USMS file to the person they had transferred from the Orange County Correctional Facility, SIMPSON, and believe that the photograph depicts SIMPSON.

WHEREFORE, deponent respectfully requests that MICHAEL SIMPSON, the defendant, be imprisoned or bailed, as the case may be.

JAMAL BROWN
Deputy
U.S. Marshals Service

Sworn to before me this
15th day of June, 2018.

THE HONORABLE GABRIEL W. GORENSTEIN
United States Chief Magistrate Judge
Southern District of New York

AO 442 (Rev. 5/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) Case No: 0205 3:14CR00236-001 |
| Michael Simpson | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)*    Michael Simpson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
On June 7, 2017, Mr. Simpson was arrested by the Warwick Police Department after being identified as the individual who had pawned jewelry belonging to two separate burglary victims in their town.

Date: June 16, 2017

*Lynne Piper*
Issuing officer's signature

City and state: New Haven, CT

*Lynne Piper, Deputy Clerk*
Printed Name and Title

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

Page 1 of 2

DOCKET No. **18 MAG . 5185**    DEFENDANT Michael Simpson

AUSA Julie Murray    DEF.'S COUNSEL Sabrina Shroff
☐ RETAINED  ☒ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☒ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST _____  ☐ VOL. SURR.
☐ Other: _____    TIME OF ARREST _____  ☐ ON WRIT
TIME OF PRESENTMENT  5:04PM

## BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE SEP. ORDER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
    Deputy Clerk

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED    ☒ DEFENDANT TO BE REMOVED  6/29/2018
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☒ CONTROL DATE FOR REMOVAL: 6/29/2018

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE:  6/15/18

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2